IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR -5 A 10:06

Full name and prison number of plaintiff(s)
MOSES KNIGHT 109958
et al, Plaintiffs
Similar Situated
Plaintiff(s)

v.

Alabama Prison
Commissioner, et al
State of Alabama
Similar Situated Defendants

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

2:06CV306-WKW

CIVIL ACTION NO. 2:06 CV-26-WKW
(To be supplied by the Clerk of the U.S. District Court)

Jurisdiction
I.
Invoked FRCP Rule 56(e)
And (FRCP) Rule 8(a)(2)
and           8(A)(1)
FRCP Rule 23(a)
West v. Founders Life Insurance Co.,
E.J. Fed. Rules Civ. P. 56(e)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)   No ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit
   Plaintiff(s) MOSES KNIGHT #109958
   vs.
   Defendant(s) DEFENDANTS

2. Court (if federal court, name the district; if state court, name the county)
   MIDDLE DISTRICT

3. Docket No. 2:06CV-26 WKW

4. Name of Judge to whom case was assigned _____

(margin note: Common Nucleus operative fact 28 U.S.C. 1343 416-U.S. 528)

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _yes_

6. Approximate date of filing lawsuit _Amended Approximate Dec. 2005_

7. Approximate date of disposition _Present Complaint_

II. PLACE OF PRESENT CONFINEMENT _P.O. Box 5107 Bullock Mental Health Fac. Union Springs, AL. 36089_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Due (2) wide spread Practice (All over Alabama) Prisons Jurisdiction_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                ADDRESS

1. _Prison Commissioner for Montgomery County District_
2. _Etal, State of Alabama_
3. _See Newman V. Pugh Supra, E.g._
4. _Anders V. Liberty Lobby 477 U.S. 2510_
5. _Additional: 28 USC. 1343 (2)_
6. _Pendent Court Jurisdiction, Between Defendants_

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Approximate when Federal Court order[Ed] The Defendants to Do Something About OLR Crowding_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Prisons. 2, Pugh V. Locke 306 F.Supp 318_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

_State of Claims: The Plaintiff Charge that the Defendants, etal Violated His Secured Constitutional Rights, (1) when they failed ***_

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MOSES KNIGHT, #109 958 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-26-WKW |
| STATE OF ALABAMA, et al., | * | |
| Respondents. | * | |

*Exhibit "B"*

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 24TH day of January, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

---

*[Handwritten annotation:]* 3.
The Court can void any presubsequently Judments at 60(b) motion (FRCP) FRCP-23(a)

etc;

GROUND TWO: to Comply with Federal Court order i.e. to Ease overcrowding

SUPPORTING FACTS: The Plaintiff Is presently held At Bullock Mental Health Facility Due to A Mental Deformity for purpose of A.d.A. (American disibility Acts 1990)

GROUND THREE: Where defendants did violate Federal Law under Both State And Federal Law provisions

SUPPORTING FACTS: 28 U.S.C. 636, Ala. Code 1975 12-11-30, Title 6-2-32, In which the Defendants Is simular situated In U.S. (Alabama Jurisdiction) F.R.C.P 23(a)

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. Unless iProse

The Plaintiff Seeks 20 million dollars on Behalf of the Defendants failure to Dissolve over Crowding, Policy, In Alabama State prisons.
111 S. Ct. 2326, 2327
Const. Amendment 8

/s/ Moses Knight #109958
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct
EXECUTED on March 27th, 2006
(date)

/s/ Moses Knight #109958
Signature of plaintiff(s)
P.O. Box 5107
Union Springs, AL. 36089

1.
429 U.S At 105
the failure to dissolve over Crowding
Violates the A.d.A (Act of 1990)

-3-