IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| MOSES KNIGHT, #109 958 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-306-WKW |
| ALABAMA PRISON COMMISSIONER, *et al.*, | * | |
| | * | |
| Defendants. | | |

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Bullock Correctional Facility in Union Springs, Alabama, filed this 42 U.S.C. § 1983 action on April 5, 2006. He has not submitted the $250.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Plaintiff, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before May 1, 2006 Plaintiff submit either the $250.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[1] Plaintiff

---

[1] Plaintiff's motion for IFP status should be accompanied by a prison account statement from the account clerk at the Bullock Correctional Facility showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.

is cautioned that his failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed; and

    2.  The Clerk of Court MAIL to Plaintiff a form for use in filing a motion to proceed *in forma pauperis*.

    Done this 17th day of April, 2006.

                                        /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE