| State of Alabama Unified Judicial System Form C-10 Page 1 of 2    Rev. 2/95 | **AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER** | Case Number 2:06CV306WKW |
|---|---|---|

IN THE _United States Middle_ COURT OF _Montgomery, County_ ALABAMA
   (Circuit, District, or Municipal)          (Name of County or Municipality)

STYLE OF CASE: _Moses Knight_ v. _Commissioner, et al_
                    Plaintiff(s)                      Defendant(s)

TYPE OF PROCEEDING: _42 USC 1983_   CHARGE(s) (if applicable): _28 USC 2244 FRCP 23(2)_

☑ **CIVIL CASE** -- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE** --(such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the Court appoint one for me.

☐ **CRIMINAL CASE** -- I am financially unable to hire an attorney and request that the Court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION** - I am financially unable to hire an attorney and request that the Court appoint one for my child/me.

## SECTION I.                                        AFFIDAVIT

1. **IDENTIFICATION**
   Full Name _Moses Knight_                                         Date of Birth _11-?-53_
   Spouse's Full Name (if married) _None_
   Complete Home Address _P.O. Box 5107, Union Springs, AL 36089_
   Number of People Living in Household _None_
   Home Telephone No. _None_
   Occupation/Job _Disable_                   Length of Employment _None_
   Driver's License Number _None_             * Social Security Number _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_
   Employer _None_                            Employer's Telephone No. _____
   Employer's Address _None_

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply.)
   ☐ AFDC (NO)  ☐ Food Stamps (NO)  ☐ SSI (NO)  ☐ Medicaid (NO)  ☐ Other _Disable Prisoner_

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
   
   | | |
   |---|---|
   | Monthly Gross Income | $ _None_ |
   | Spouse's Monthly Gross Income (unless a marital offense) | _None_ |
   | Other Earnings: Commissions, Bonuses, Interest Income, etc. | _None_ |
   | Contributions from Other People Living in Household | _None_ |
   | Unemployment/Workmen's Compensation, Social Security, Retirement, etc. | |
   | Other Income (be specific) _See Certificate_ | |
   | **TOTAL MONTHLY GROSS INCOME** | $ _____ |

   Monthly Expenses:
   A. Living Expenses
   
   | | |
   |---|---|
   | Rent/Mortgage | $ _None_ |
   | Total Utilities: Gas, Electricity, Water, etc. | _None_ |
   | Food | _None_ |
   | Clothing | _None_ |
   | Health Care/Medical | _None_ |
   | Insurance | _None_ |
   | Car Payment(s)/Transportation Expenses | _None_ |
   | Loan Payment(s) | _None_ |

* OPTIONAL

| Form C-10 Page 2 of 2    Rev. 2/95 | AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER | Case Number |

**Monthly Expenses:** (cont'd from page 1)
    Credit Card Payment(s) _None_
    Educational/Employment Expenses _None_
    Other Expenses (be specific) _None_

    Sub-Total      A $ _None_

B.    Child Support Payment(s)/Alimony    $ _None_
    Sub-Total      B $ _None_

C.    Exceptional Expenses    $ _None_

**TOTAL MONTHLY EXPENSES** (add subtotals from A & B monthly only)    $ _None_

Total Gross Monthly Income less total monthly expenses:
**DISPOSABLE MONTHLY INCOME**    $ _None_

**4. LIQUID ASSETS:**

Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)    $ ____

Equity in Real Estate (value of property less what you owe)

Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishings, jewelry, tools, guns less what you owe)

Other (be specific) Do you own anything else of value? ☐ Yes ☒ No
(land, house boat, TV, stereo, jewelry)
If so, describe _____

_None_

**TOTAL LIQUID ASSETS**    $ ____

**5. Affidavit/Request**

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the Court or its authorized representative to attain records or information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the Court appoints an attorney to represent me, the Court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this
5th day of May 2006

_/s/ Moses Knight #109758_
Affiant's Signature

_____
Judge/Clerk/Notary NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

_/s/ Moses Knight #109758_
Print or Type Name

**SECTION II.**
## ORDER OF COURT

IT IS THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.

☐ Affiant is partially indigent and able to contribute monetarily toward his defense; therefore, defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows: _____

☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel, and costs of court.

Done this _____ day of _____, 19 ____.

_____
Judge