IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| MOSES KNIGHT, #109 958 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-306-WKW |
| ALABAMA PRISON COMMISSIONER, *et al.*, | * | |
| | * | |
| Defendants. | | |

_____

**O R D E R**

For good cause, it is ORDERED that the Recommendation of the Magistrate Judge entered May 8, 2006 (Doc. No. 3) be and is hereby WITHDRAWN.

Done this 11th day of May, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE