IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| MOSES KNIGHT, #109 958 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-306-WKW |
| ALABAMA PRISON COMMISSIONER, *et al.*, | * |
| | * |
| Defendants. | |

_____

**O R D E R**

For good cause, it is

ORDERED that the order entered May 11, 2006 (Doc. No. 6) be and is hereby VACATED.

Done this 12th day of May, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE