IN THE United States district
Court for the middle District
P.O. Box 711, Montgomery, AL.
36130



RECEIVED

2006 MAY 12   A   17

CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

EXHIBIT

Moses Knight # 109958 )
Plaintiff )
)
vs )
)
Alabama Prison Comm- )
issioner, et al )
defendants )

Civil Action Number
2:06 CV-306-WKW
(WO)

___Pursuant FRCP Rule 60 (b)___
___on Merits FRCP Rule 56 (e)___
___Fed. Rule's of Evidence Rule 201___

I.

The Plaintiff Request that the Court Take Judicial
Notice, of the Pre-forma Paupers form Having
Beening Submitted to Court, before dismissal
Done May 8th, 2006

II.

The Plaintiff Request that his Civil Action against
the Department of Correction, Prison Commissioner
Be Reinstated At, F.R.C.P Rule 60 (b) and 56 (e)
On The Merits   III. Over Crowding Is [A] Serious
Constitution, Amendment 8, offence, under 42 U.S.C. 1983
Civil Notification.

Preamble Notification.
[S/ Moses Knight #109958
P.O. Box 5107
Union Springs, AL. 36089

c/o Jurisdictional
defendants
12-11-30, Code 1975
U.S.C.A 42 U.S.C. 1983 (5)