IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MOSES KNIGHT, #109 958          *

    Plaintiff,                  *

    v.                          *         2:06-CV-306-WKW

ALABAMA PRISON                  *
COMMISSIONER, *et al.*,
                                *

    Defendants.

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion to Reconsider the Recommendation of the Magistrate Judge dismissing his complaint pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B), and as Plaintiff presents no meritorious reason why the undersigned should reconsider the ruling, it is

ORDERED that the motion (Doc. No. 10) be and is hereby DENIED.

Done this 19th day of May, 2006.


                                             /s/Charles S. Coody
                                             CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE