In The United States Federal
District Court for Middle District
P.O. Box 711 Montgomery, Al.
36130

RECEIVED
2006 MAY 22  A 9:38

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

1.    Moses Knight 109958
      Plaintiff

2.          Vs

3.    Alabama Prison Commissione
      defendants, etal Respondents

2:06 CV-306-
WKW (WO)

4.    Special Report of Plaintiff
5.    On, Personal Knowledge FRCP Rules 6(e)

6. This Response To the United States Magistrate Judge
The Plaintiff does Not Seek 20 million dollars
from The defendants As [W]hole.
                         6.

                    I

7. The Plaintiff Contents the Defendants, went
upon Land and Territory of the United States
i.e. to Violate, His Secured Civil Right
By Holding Him In a over Crowded facility
while Same does Rise to the Level of
Cruel and unusual Punishment, At 429
U.S. At 105, Citings Estelle v. Gamble Supa

- 1 -

Relief Sought [12]

## II

The Plaintiff only wish for the State,
that Is In Error, of Creating over Crowding [12]
within the State, By Refusing to Release
Property Crimes, And Inmate's, such as
Plaintiff who's only Crime was Involuntary [13]
Manslaughter, Elevated to felony, U.S.CA.? [13]

Answer

14) By Pattern of Conspiracy All Skeem [14] deliberate
designed i.e. to Violate Civil Rights
under the KKK Acts of 1871, And Read
With 42 U.S.C. 1983 At frcp Rule 56(e) [15]
477 U.S. At 2510, Not only have the [15]

15) Plaintiff showed His Colorable Claim ***"
But does So Request, that the Magistrate
Reinstate His 42 U.S.C. 1983, under,
Second of Torts, for the State of Alabama
Is [A] Person within the meaning Monell
Vs New York City Social Services 28 U.S. 2671
etseq.?                III

16) The Plaintiff Seeks 750,000.00 Dollars [16]
for Simular Situated over Crowding (frcp 23,53)
which Is Knowed Facts, All U.S.
Magistrate's Is Aware of over Crowding
[4] E.g. Biven V. Six Agents 403 U.S. At 388
frcp Rule 56(e).    — 2 —              [16]

Jurisdiction [12.]

## IV

The Plaintiff Invokes Jurisdiction under 12-11-30 Subsection Code 1975, where The State Issue's, Beening Similar to Federal Issues [,] ~~the~~ The State As, Commissioner As Person, Done Anything

[17.] to Correct Over Crowding, If the Answer Is No, Then the Federal Claims under 42 U.S.C. 1983, At the Criminal County, Fact a 18 U.S.C. 242, Is Believed to Be the KKK Acts of 1861-1875

18) where for, Second of Torts, 28 U.S.C. 2671 et seq where Same Defendants [18.] Has Deliberated Acted In Bad faith,

19) Matter, Has Allowed Over Crowding to Trangress Upon the Plaintiff Secured Civil Rights, In the U.S. Middle Territorial Jurisdiction [19.]

20). State's [A] Colorable Claim And it Claims There for the Plaintiff DOES Request that His 42 U.S.C. 1983 Action be

21) Reinstated on Merits, of Cruel and Unusual Punishment, By wide spread Violation of Civil Rights 2:06 CV-306 WKW (WO).

— 3 —

22).    DEMAND for Jury Trial

V.

[A] United States Plaintiff Can Request A Civil Trial on the merits, DOE'S Respondents Defendants, operate Any OVER Crowded Prison Facility within the Jurisdiction? of the United States middle District?

23)    ANSWER:

Q – If the ANSWER Is YES to the above Jury Demand Question, where (§) Jurisdiction Is Premised upon facts, DOES the Defendant Run's and operates over Crowded Prison facilities In Any Parts, of the United States Middle district? Biven V. SIX UNKNOWN Agents? 403 U.S. At 388, The ***" Colorable ObJection i.e to The Improper Dismissal, Can be Reinstated At Frcp. Rule 60 (b) As Requested By Plaintiff.

– 4 –

<u>Certificate of Service</u>

I, <u>Moses Knight # 109958</u>, Did Here
by Forward the Defents [A] Legal
Copy Of this Brief on merits

Done this may 19.th 2006

        &s/ <u>Moses Knight # 109958</u>
               Plaintiff
    P.O. Box 5107
    Bullock Corr. Facility
    Union Springs, AL. 36089