IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOSES KNIGHT, # 109958, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-306-WKW |
| ) | (WO) |
| ALABAMA PRISON ) | |
| COMMISSIONER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 12, 2006, the Magistrate Judge filed a Recommendation (Doc. # 9) in this case, finding that the plaintiff's complaint is due to be dismissed prior to service of process pursuant to 28 U.S.C. § 1915(e). The plaintiff filed an objection on May 22, 2006 (Doc. # 12).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection is OVERRULED.

2.  The Recommendation of the Magistrate Judge is ADOPTED.

3.  The plaintiff's complaint is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 15th day of June, 2006.

                /s/  W.  Keith Watkins
                UNITED STATES DISTRICT JUDGE

Case 2:06-cv-00306-WKW-CSC    Document 13    Filed 06/15/2006    Page 2 of 2