IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOSES KNIGHT, # 109958,　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　Plaintiff,　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>ALABAMA PRISON　　　　　　　　　)<br>COMMISSIONER, *et al.*,　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　Defendants.　　　　　　　　　　　) | CASE NO. 2:06-CV-306-WKW<br>(WO) |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED as follows:

1.　All claims are hereby DISMISSED without prejudice.

2.　The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 15th day of June, 2006.

　　　　　　　　　　　　　　　　　　/s/　W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE