

In The United States Court
of Appeals for Eleventh Circuit **RECEIVED**
56 Forsyth Street
Atlanta, Georgia 30303

2006 JUN 22  A 10: 15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MOSES Knight      )   DKT.
Appellant      )
Prose      )   _____
      )   Eleventh Circuit
Vs.      )
Alabama Prison   )
Commissioner, etal )   Notice of Appeal
Appellee      )   CV-306 WKW
      )   06-cv306

## I.

whether the Middle District U.S. Court
dismissed the Alabama Prison Comm-
issioner as (NONE Person) was ERROR [1].
Citing Goodson Vs City of Atlanta, 763 f.2d
1185 (11th Cir 1984)?      [1].

## II.

whether Simiular situated Complaints, Give
Rise to Valid over Crowding Issues, And
or deliberate Practice lied to Legalize
over Crowding 28 U.S.C 2250,
42 U.S.C 1983, 18 U.S.C 242, At
KKK Acts of 1871, where Claim stated
463 f.2d At 388 [] Colrable Claims . . .

## State of Case Arguments

### I.

The Appellant Contended the Commissioner was Negilent In failure to (Reduce Alabama) Over Crowding (In the Alabama Prison System Citing <u>Pugh vs. Locke</u>, 406 f. supp at 318

### II.

Whether Alabama Has [A] Practice of deliberate Violating U.S. appellant's Civil Rights, (FRCP) 23 (b) 28 USC. 2250 Jurisdiction <u>Citing Pugh v. Locke</u>, 406 f. Supp. At. 318

### III.

whether 429 U.S. At 105, Retro Active Risen to the Level of Eighth Amendment Violation At, 429 U.S. At 105, where Prison Commissioner, Is Beening Deliberate Indifferent (to Alabama) Inmates Rights Warrants <u>Punitive Damages</u> 111 S.ct. 2326 2327, 461 U.S. 75 (1967) Is Person[1]

### IV

whether Punitive Damages Is Proper for 42 USC. 1983, appellant 28 USC. 2254 2671, et seq 42 usc. 1983, 411 U.S. At 487-499

/s/ <u>Moses Knight #109958</u>
P.O. Box 5107
Union Springs, AL.
36089

2

[1] Monell v. NY City Soc, HC Services, 763 f.2d 1184