IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-13542-J

MOSES KNIGHT,

                      Plaintiff-Appellant,

versus

ALABAMA PRISON COMMISSIONER,
STATE OF ALABAMA,

                      Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the full $450 docketing and $5 filing fees ($455) (or file a motion in the district court for relief from the obligation to pay in advance the $455 fee) to the clerk of the district court within the time fixed by the rules, effective this 21st day of July, 2006.

                      THOMAS K. KAHN
                      Clerk of the United States Court
                      of Appeals for the Eleventh Circuit

                      By: Deborah Hall
                          Deputy Clerk

                      FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

ORD-40